IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1D, the undersigned attorneys hereby notify the Court and opposing counsel that Plaintiff Rod Marquardt has retained Paul F. Wellborn, III, Kelly O. Wallace, and Jamie P. Woodard of the firm Wellborn, Wallace & Woodard to substitute as counsel for S. Quinn Johnson in this case.

Respectfully submitted this 4th day of April, 2011.

WELLBORN, WALLACE & WOODARD, LLC

/s/ Kelly O. Wallace
_____
Kelly O. Wallace
Georgia Bar No. 734166
Paul F. Wellborn, III
Georgia Bar No. 746720
Jamie P. Woodard
Georgia Bar No. 775792

WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE

1

100 Colony Square, Suite 300
Atlanta, GA 30361

Phone:	(404) 815-9595
Fax:	(404) 815-9957
E-mail:	pete@wellbornlaw.com
	Kelly@wellbornlaw.com
	Jamie@wellbornlaw.com

Attorneys for Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 CERTIFICATE OF
## COMPLIANCE WITH LOCAL RULE 5.1

This certifies that the foregoing Notice of Appearance and Substitution of Counsel was prepared using 14 point Times New Roman font and accordingly complies with Local Rule 5.1.  This certificate is given in compliance with Local Rule 7.1(D).

This 4th day of April, 2011.

                                             WELLBORN, WALLACE & WOODARD, LLC

                                             /s/ Kelly O. Wallace
                                             _____
                                             Kelly O. Wallace
                                             Georgia Bar No. 734166

                                             WELLBORN, WALLACE & WOODARD, LLC
                                             1175 Peachtree Street NE
                                             100 Colony Square, Suite 300
                                             Atlanta, GA 30361
                                             Phone:                     (404) 815-7714

|  |  |
|---|---|
| Fax: | (404) 815-9957 |
| E-mail: | Kelly@wellbornlaw.com |

Attorneys Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

    WELLBORN, WALLACE & WOODARD, LLC

    /s/ Kelly O. Wallace
    _____
    Kelly O. Wallace
    Georgia Bar No. 734166

    WELLBORN, WALLACE & WOODARD, LLC
    1175 Peachtree Street, NE
    100 Colony Square, Suite 300
    Atlanta, GA 30361
    Ph:    (404) 815-7714
    Fx:    (404) 815-9957
    E-mail:    Kelly@wellbornlaw.com