IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1D, the undersigned attorney hereby notifies the Court and opposing counsel that Plaintiff Rod Marquardt has retained Jamie P. Woodard of Wellborn, Wallace & Woodard, LLC as counsel in the above-captioned case.

Respectfully submitted this 4th day of April, 2011.

WELLBORN, WALLACE & WOODARD, LLC

/s/ Jamie P. Woodard
_____
Jamie P. Woodard
Georgia Bar No. 775792

WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361

Phone:                               (404) 815-9595

1

Fax: (404) 815-9957
E-mail: Jamie@wellbornlaw.com

Attorneys for Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 CERTIFICATE OF
## COMPLIANCE WITH LOCAL RULE 5.1

This certifies that the foregoing Notice of Appearance was prepared using 14 point Times New Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

This 4th day of April, 2011.

                        WELLBORN, WALLACE & WOODARD, LLC

                        /s/ Jamie P. Woodard
                        _____
                        Jamie P. Woodard
                        Georgia Bar No. 775792

                        WELLBORN, WALLACE & WOODARD
                        1175 Peachtree Street NE
                        100 Colony Square, Suite 300
                        Atlanta, GA 30361

                        Phone:               (404) 815-9595
                        Fax:                 (404) 815-9957

E-mail: Jamie@wellbornlaw.com

Attorneys for Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2011, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

    WELLBORN, WALLACE & WOODARD, LLC

    /s/ Jamie P. Woodard
    _____
    Jamie P. Woodard
    Georgia Bar No. 775792

    WELLBORN, WALLACE & WOODARD
    1175 Peachtree Street NE
    100 Colony Square, Suite 300
    Atlanta, GA 30361

    Phone:    (404) 815-9595
    Fax:    (404) 815-9957
    E-mail:    Jamie@wellbornlaw.com

    Attorneys for Rod Marquardt