IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROD MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-03946-JEC |
| | ) | |
| STEPHEN KING and | ) | |
| SIMON & SCHUSTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.1D, the undersigned attorney hereby notifies the

Court and opposing counsel that Plaintiff Rod Marquardt has retained Paul F.

Wellborn, III of Wellborn, Wallace & Woodard, LLC as counsel in the above-

captioned case.

Respectfully submitted this 4th day of April, 2011.

WELLBORN, WALLACE & WOODARD, LLC

/s/ Paul F. Wellborn, III

_____
Paul F. Wellborn, III
Georgia Bar No. 746720

WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361

Phone:                              (404) 815-9595

Fax:                           (404) 815-9957
E-mail:                  pete@wellbornlaw.com
                       Kelly@wellbornlaw.com
                      Jamie@wellbornlaw.com

Attorneys for Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROD MARQUARDT,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )         Civil Action No. 1:10-cv-03946-JEC
                                  )
STEPHEN KING and                  )
SIMON & SCHUSTER, INC.,           )
                                  )
        Defendants.               )

## RULE 7.1 CERTIFICATE OF
## COMPLIANCE WITH LOCAL RULE 5.1

This certifies that the foregoing Notice of Appearance was prepared using 14

point Times New Roman font and accordingly complies with Local Rule 5.1.  This

certificate is given in compliance with Local Rule 7.1(D).

This 4th day of April, 2011.

WELLBORN, WALLACE & WOODARD, LLC

/s/ Paul F. Wellborn, III
_____
Paul F. Wellborn, III
Georgia Bar No. 746720

WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361

Phone:                    (404) 815-9595
Fax:                      (404) 815-9957

E-mail:                  pete@wellbornlaw.com

Attorneys for Rod Marquardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROD MARQUARDT,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        Civil Action No. 1:10-cv-03946-JEC
                                  )
STEPHEN KING and                  )
SIMON & SCHUSTER, INC.,           )
                                  )
        Defendants.               )

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing

*Notice of Appearance* with the Clerk of Court using the CM/ECF system which

will automatically send e-mail notification of such filing to the attorneys of record.

WELLBORN, WALLACE & WOODARD, LLC

/s/ Paul F. Wellborn, III
_____
Paul F. Wellborn, III
Georgia Bar No. 746720

WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361

Phone:                      (404) 815-9595
Fax:                        (404) 815-9957
E-mail:                     pete@wellbornlaw.com

Attorneys for Rod Marquardt