IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROD MARQUARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) NO. 1:10-CV-03946-JEC |
| | ) |
| STEPHEN KING and SIMON & | ) |
| SCHUSTER GLOBAL SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(E), Rod Marquardt, plaintiff in the above-styled civil action, hereby consents to the withdrawal of Paul F. "Pete" Wellborn, III, Kelly O. Wallace, Jamie P. Woodard, and the law firm of Wellborn, Wallace & Woodard, LLC as his counsel of record. Plaintiff understands the following:

(A) Paul F. Wellborn, III, Kelly O. Wallace, Jamie P. Woodard, and the law firm of Wellborn, Wallace & Woodard, LLC, intend to withdraw as Plaintiff's attorneys of record;

(B) The style of the action is as set forth above;

(C) The Court will retain jurisdiction of the action;

(D) Plaintiff has the burden of keeping the Court informed respecting where

notices, pleadings or other papers may be served;

(E) Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

(F) If Plaintiff fails or refuses to meet these burdens, he may suffer adverse consequences;

(G) There are no presently scheduled hearings or other proceedings;

(H) Service of notices may be made at Plaintiff's last known address, set forth below:

> 64 Sycamore Ridge Dr
> Simpsonville, SC 29681-4065

(I) Plaintiff is an individual who is not required to be represented by counsel and may proceed in this action *pro se*.

Pursuant to Local Rule 83.1(E)(2), the undersigned attorneys and law firm hereby withdraw from the case; no motion is required.

DATED: *April 27, 2011*

[SIGNATURES ON FOLLOWING PAGE]

*[signature: Rod Marquardt]*
ROD MARQUARDT, *Pro Se*

**CERTIFICATION OF WITHDRAWAL:**

*[signature]*
Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166
Jamie P. Woodard
Georgia Bar No. 775792
WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361
(404) 815-9595
(404) 815-9957 (FAX)
E-mail: pete@wellbornlaw.com
kelly@wellbornlaw.com
jamie@wellbornlaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROD MARQUARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| vs. | ) NO. 1:10-CV-03946-JEC |
| | ) |
| STEPHEN KING and SIMON & | ) |
| SCHUSTER GLOBAL SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Certificate with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Respectfully submitted,

/s/ Jamie P. Woodard
Jamie P. Woodard
Georgia Bar No. 775792
WELLBORN, WALLACE & WOODARD
1175 Peachtree Street NE
100 Colony Square, Suite 300
Atlanta, GA 30361
(404) 815-9595
(404) 815-9957 (FAX)
E-mail: Jamie@wellbornlaw.com
*Attorneys for Rod Marquardt*