**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROD MARQUARDT, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:10-CV-3946-JEC |
| STEPHEN KING, et al., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice.**

Dated at Atlanta, Georgia, this 10th day of August, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 10, 2011
James N. Hatten
Clerk of Court

By: *s/*Denise D.M. McGoldrick
       Deputy Clerk